

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| MAX GROSSMAN/CITY OF EL PASO, | § | No. 08-19-00272-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| v. | § | 384th District Court |
| CITY OF EL PASO/MAX GROSSMAN, | § | of El Paso County, Texas |
| Appellee/Cross-Appellant. | § | (TC# 2017-DCV2528) |
| | § | |

**O R D E R**

The Court sets the following briefing schedule:

- Appellant's Brief shall be due in this Court **twenty days** from the date of this order.

- Appellee/Cross-Appellant's Brief shall be due in this Court **twenty days** from the date the Appellant's Brief is filed.

- Appellant's Reply/Cross-Appellee's Brief shall be due in this Court **ten days** from the date the Appellee/Cross-Appellant's Brief is filed.

- Cross-Appellant's Reply Brief, if any, shall be due in this Court **ten days** from the date the Appellant's Reply/Cross-Appellee's Brief is filed.

A submission date will be determined at a later date and the parties will be provided with advanced notice of the setting.

IT IS SO ORDERED this 4th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.